UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSANDRA HEDRICK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　Defendant. | CAUSE NO. 2:18-cv-00032-RSM<br><br>ORDER GRANTING LEAVE TO AMEND COMPLAINT |

THIS MATTER, having come on by the parties' and AMZN wacs, LLC's Stipulated Motion for Leave to Amend Complaint, and the Court having considered the motion, and the Court deeming itself fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The motion is GRANTED.

2. The plaintiff may file the proposed Second Amended Complaint.

3. Amazon.com, Inc. is dismissed without prejudice and without award of costs or fees.

**The Law Office of Rebecca E. Ary**
1037 NE 65th St. #161, Seattle, WA 98115
(206) 524-3696 (v) • (206) 527-6594 (f)
rebecca@arylaw.com

4. The case caption shall be changed to name AMZN wacs, LLC, a Delaware limited liability company and wholly-owned subsidiary of Amazon.com, Inc. as the only defendant.

5. The amendment of the Complaint to name AMZN wacs, LLC as a defendant shall relate back to the date of filing of the original Complaint.

DATED this 1 day of March 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order Granting Leave to
Amend Complaint
Page 2 of 2

**The Law Office of Rebecca E. Ary**
1037 NE 65th St. #161, Seattle, WA 98115
(206) 524-3696 (v) • (206) 527-6594 (f)
rebecca@arylaw.com