UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSANDRA HEDRICK,<br><br>    Plaintiff,<br><br>vs.<br><br>AMZN wacs, LLC,<br><br>    Defendant. | CAUSE NO. 2:18-cv-00032-RSM<br><br>ORDER CONTINUING TRIAL DATE |

THIS MATTER, having come on by the parties' Stipulated Motion to Continue Trial Date, and the Court having considered the motion, and the Court deeming itself fully advised in the premises,

THE MOTION IS HEREBY GRANTED. The parties' new trial date is **June 24, 2019.** The Clerk SHALL issue an Amended Scheduling Order re-setting all remaining pretrial dates accordingly.

DATED this 23rd day of August, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**The Law Office of Rebecca E. Ary**
1037 NE 65th St. #161, Seattle, WA 98115
(206) 524-3696 (v) • (206) 527-6594 (f)
rebecca@arylaw.com